UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-016-WFN-5 |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL |
| BRICE C. DAVIS, | |
| Defendant. | |

Before the court is Defendant's Motion to allow travel. The court having considered the Motion,

**IT IS ORDERED,** Defendant's Motion **(ECF No. 185)** is **GRANTED.** Defendant may travel to Redding, California on **June 15, 2012,** to stay with his Grandmother, and then return to Spokane, Washington, no later than **June 20, 2012.** Additionally, Defendant shall be allowed to attend a family reunion in Fruitland, Idaho, from **June 30–July 5, 2012.** He shall return to Spokane, Washington, no later than July 5, 2012.

All other Conditions of Release shall remain in effect.

DATED June 7, 2012.

                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL - 1