# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Davis, Brice Christian | Docket No. | 0980 2:12CR00016-WFN-5 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brice Christian Davis, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Cynthia Imbrogno sitting in the court at Spokane, Washington, on the 17th day of February, 2012, under the following conditions:

**Condition #9**: The defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #17:** Avoid all contact, direct or indirect, with Co-Defendant(s).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant admitted to smoking marijuana on March 2, 2017.

**Violation #2:** The defendant hired a codefendant to work for his construction company.

PRAYING THAT THE COURT WILL MODIFY CONDITIONS OF PRETRIAL RELEASE SUPERVISION

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:   March 30, 2017 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

**Re: Davis, Brice Christian**
**March 30, 2017**
**Page 2**

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [ ]  Defendant to appear before the Magistrate Judge.
- [X]  Other - Modification of Pretrial Release Conditions per separate order

*M. K. Dimke*

Signature of Judicial Officer

3/30/2017

Date