# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 17, 2017**

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Davis, Brice Christian | Docket No. | 2:12CR00016-WFN-5 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brice Christian Davis, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Cynthia Imbrogno sitting in the Court at Spokane, Washington, on the 14th day of February 2012, under the following conditions:

**Condition #9**: The defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant tested positive for the presence of marijuana on August 23, 2017.

**PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 13, 2017

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

October 17, 2017

Date