William D. Hyslop
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Patrick J. Cashman
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRICE CHRISTIAN DAVIS,<br><br>　　　　　　　　Defendant. | Case No.: 2:12-CR-00016-WFN-5<br><br>INFORMATION SUPERSEDING INDICTMENT<br><br>Vio: 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>　　　Manufacture of Marijuana<br><br>Forfeiture Allegations<br>21 U.S.C. § 853 |

The United States Attorney Charges:

On or about November 2, 2011, in the Eastern District of Washington, the Defendant, BRICE CHRISTIAN DAVIS, knowingly and intentionally manufactured 50 or more marijuana plants, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

NOTICE OF CRIMINAL FORFEITURE

1. The allegations contained in this Information Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Information Superseding Indictment - 1

2. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as set forth in this Information Superseding Indictment, Defendant, BRICE CHRISTIAN DAVIS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s), including, but not limited to: a Glock, model 22C, .40 caliber pistol, serial number NWA719; and, 15 rounds of .40 caliber ammunition, head stamped "WINCHESTER 40 S&W."

3. If any of the property described above, as a result of any act or omission of the Defendant(s):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Dated this 1st day of September 2020.

                William D. Hyslop
                United States Attorney

                *s/ Patrick J. Cashman*
                Patrick J. Cashman
                Assistant United States Attorney

Information Superseding Indictment - 2